AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ebel, David M | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>05/24/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Byron White U.S. Courthouse<br>1823 Stout Street, Room 109L<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Member of Executive Committee | Historical Society for the Tenth Circuit |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -1 A 11: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | PERA retirement income |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Defense Research Institution | March 9-10. Phoenix, Arizona -- Lecturing at seminar. (air / lodging / meals) |
| 2. | Checchi and Company (funded by grant from USAID) | May 28-June 2. Serbia-Montenegro -- Consulting re: judicial governance (air / lodging / meals) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | A | Dividend | J | T | | | | | |
| 2. Janus Contrarian Fund | A | Dividend | K | T | Part Sale | 5/2 | J | A | |
| 3. " " " | | | | | Buy | 9/12 | J | | |
| 4. Fidelity Ginnie Mae Fd. | A | Dividend | J | T | | | | | |
| 5. Janus Global Life Science Fd. | | None | J | T | Part Sale | 5/2 | J | A | |
| 6. Janus Money Market Fd. | A | Interest | J | T | | | | | |
| 7. US Bank, Denver, Colo. | A | Interest | J | T | | | | | |
| 8. Janus Orion Fund | A | Dividend | K | T | Buy | 1/6 | J | | |
| 9. " " " | | | | | Buy | 5/2 | K | | |
| 10. " " " | | | | | Part Sale | 9/12 | K | A | |
| 11. Fidelity Cash Reserves | A | Interest | J | T | Part Sale | 1/6 | J | A | |
| 12. Fidelity Select Energy Service Fd. | B | Dividend | K | T | Buy | 1/6 | J | | |
| 13. EYEris Class A Common Stock | | None | J | T | | | | | |
| 14. EYEris Class B Common Stock | | Nonc | J | T | | | | | |
| 15. Janus Growth & Income Fd. | A | Dividend | J | T | | | | | |
| 16. Fidelity U.S. Gov't Res. | A | Interest | J | T | | | | | |
| 17. Fidelity Emerging Market Fd. | A | Dividend | L | T | Buy | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " " | | | | | Buy | 5/2 | J | | |
| 19. Fidelity Value Fund | A | Dividend | J | T | Part Sale | 5/2 | J | A | |
| 20. Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 21. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 22. Dodge & Cox Balanced Fund | A | Dividend | J | T | Part Sale | 5/2 | J | A | |
| 23. Dodge & Cox Income Fund | A | Dividend | J | T | Part Sale | 1/6 | K | A | |
| 24. " " " | | | | | Part Sale | 5/2 | J | A | |
| 25. Royce Technology Value Fund | A | Dividend | J | T | | | | | |
| 26. Royce Opportunity Fd. | B | Dividend | K | T | | | | | |
| 27. Royce Total Return Fd. | A | Dividend | J | T | Part Sale | 1/6 | K | B | |
| 28. " " " | | | | | Part Sale | 5/2 | J | A | |
| 29. Micromet, Inc. | | None | J | T | | | | | |
| 30. Janus Oversees Fund | | | L | T | Buy | 5/2 | K | | |
| 31. " " " | | | | | Buy | 9/12 | K | | |
| 32. Janus Short-Term Bond Fd. | A | Interest | J | T | | | | | |
| 33. Janus Risk Managed Stock Fd. | A | Dividend | J | T | Part Sale | 5/2 | K | B | |
| 34. " " " | | | | | Part Sale | 9/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Mid-Cap Value Fd. | B | Dividend | K | T | | | | | |
| 36. Fidelity Int'l Small Cap Fd. | C | Dividend | K | T | Buy | 5/2 | J | | |
| 37. Fidelity Contra Fd. | B | Dividend | J | T | Buy | 1/6 | J | | |
| 38. " " ' | | ' | | | Part Sale | 5/2 | J | B | |
| 39. Fidelity Select Wireless Fd. | A | Dividend | J | T | | | | | |
| 40. Fidelity Select Natural Gas Fd. | B | Dividend | K | T | Part Sale | 1/6 | J | B | |
| 41. Dodge & Cox International Fd. | C | Dividend | M | T | Part Sale | 2/9 | K | D | |
| 42. " " " | | | | | Buy | 5/2 | K | | |
| 43. Pennsylvania Mutual Fd. | | | J | T | Buy | 1/6 | J | | |
| 44. ' ' " | A ' ' | Dividend | | | Part Sale | 9/18 | K | D | |
| 45. Royce Premier Fund | A | Dividend | K | T | Buy | 1/6 | J | | |
| 46. ' ' | ' " | | | | Part Sale | 5/2 | J | B | |
| 47. ' " " | ' | | | | Part Sale | 9/12 | K | D | |
| 48. Royce 100 Fund | A | Dividend | J | T | | | | | |
| 49. Royce Value Plus Fd. | B | Dividend | L | T | Buy | 5/2 | K | | |
| 50. " " " | | | | | Buy | 9/12 | K | | |
| 51. Northwestern Mutual Modified Whole Life | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Policy | | | | | | | | | |
| 52. Mass. Mutual Whole Life Policy | C | Interest | J | T | | | | | |
| 53. Thrivant Lutheran Brotherhood Whole Life Policy | A | Interest | J | T | | | | | |
| 54. Janus Enterprise Fund | | None | J | T | | | | | |
| 55. Janus Global Research Fund | C | Dividend | L | T | Buy | 1/6 | J | | |
| 56. " " " | | | | | Buy | 9/12 | J | | |
| 57. Fidelity Canada Fd. | A | Dividend | K | T | | | | | |
| 58. PERA Growth & Income Fund | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 29. Mircromet, Inc. acquired Cancer Vax in a tax free stock-for-stock exchange on March 31, 2006.

Part VII, line 58. PERA Growth & Income Fund. This is my ▓▓▓▓ small retirement account which was overlooked in previous years. It was established in approximately 2000 and there were small, regular employee contributions and employer matching contributions through 2005. There were no transactions in this account in 2006. This investment has not presented any conflicts for me.

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████ Date _May 29 07_

NOTE: ANY ████████████████████ ...SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544